58

THE STATE, EX REL. RUFFIN, APPELLANT, *v.* COURT OF COMMON PLEAS OF CUYAHOGA COUNTY, APPELLEE.

[Cite as State, ex rel. Ruffin, v. Court of Common Pleas (1976), 46 Ohio St. 2d 58.]

(No. 75-989—Decided April 28, 1976.)

*Mr. John G. Pegg*, for appellant.
*Mr. Conrad J. Morgenstern*, for appellee.

*Per Curiam.* Appellant's remedy is by way of appeal, and "prohibition is not a substitute for appeal." *State, ex rel. Gilla, v. Fellerhoff* (1975), 44 Ohio St. 2d 86, 88.

The judgment of the Court of Appeals, dismissing the complaint in prohibition, is affirmed.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN and P. BROWN, JJ., concur.